**Order entered October 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00970-CV

### ADAM G. ARREDONDO, M.D., Appellant

### V.

### TEXAS HEALTH VENTURE ENNIS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03652**

## ORDER

In a notice dated September 2, 2015, the Court informed Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, that the reporter's record was past due and directed her to file the record within thirty days. As of today's date, the reporter's record has not been filed.

Accordingly, we **ORDER** Ms. Dobbins to file, by **OCTOBER 30, 2015**, the reporter's record, written verification that appellant has not requested preparation of the reporter's record, or written verification that appellant has not paid or made arrangements to pay the fee for preparation of the reporter's record. We caution appellant that if the Court receives written verification of no request, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Dobbins and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
        JUSTICE